# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT TASCHCHIAH,<br><br>      Petitioner,<br><br>      v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>      Respondents. | Case No.  1:26-cv-00688-JLT-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT ITALIA PATTI AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the order issued on March 4, 2026, (Doc. 11), the appointing authority for the Eastern District of California has confirmed that attorney Italia Patti has been appointed as counsel for Petitioner, effective as of March 9, 2026.

Accordingly, the Court HEREBY ORDERS that:

1.    The Clerk of Court SHALL update the docket to reflect Attorney Italia Patti, AFD, Indiana Federal Community Defenders, 111 Monument Cir., Ste. 3200, Indianapolis, IN 46204-5173, (317) 383-3520, Italia_Patti@fd.org, as counsel for Petitioner in this matter.

2.    Pursuant to 18 U.S.C. §§ 3005 and 3006A(a)(1) and (2) and (c), this District's CJA Plan, General Order 700, §§ V.A.2.b and  XV.C.1.g as applied here, and the Guide to Judiciary Policy, Vol. 7A concerning CJA appointed counsel, this appointment

1

is pro hac vice to the CJA Panel and to this District in this matter only; and

3.   The Clerk of Court is DIRECTED to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

Dated:   **March 10, 2026**                                     /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE