**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT TASHCHIAN,<br><br>        Petitioner,<br><br>     v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,<br><br>        Respondents. | No. 1:26-cv-00688 JLT SKO (HC)<br><br>A-Number: 021-456-332<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 15)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO RELEASE PETITIONER SUBJECT TO ORDER OF SUPERVISION, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Albert Tashchian is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 20, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition. (Doc. 15.) The Court served the Findings and Recommendations on all parties, notified them that any objections were due within 10 days, and warned that failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). Over 10 days have passed, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

1

Based upon the foregoing, the Court **ORDERS**:

1.     The Findings and Recommendations issued on March 20, 2026, (Doc. 15), are **ADOPTED** in full.

2.     The petition for writ of habeas corpus is **GRANTED**.

3.     Respondents are **ORDERED TO RELEASE** Petitioner immediately subject to an order of supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

4.     The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

UNITED STATES DISTRICT JUDGE